# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| MATTHEW RAMSEY, on behalf of herself and others similarly situated | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:25-cv-1262 |
| DEXTER STAMPING COMPANY, LLC | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEXTER STAMPING COMPANY, LLC
SERVE
Corporate Creations Network Inc.
5865 Ridgeway Center Pkwy, Ste 395
Memphis, TN 38120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Gerard Stranch, IV
STRANCH, JENNINGS, & GARVEY, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615/254-8801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/31/2025 _____     _____
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEXTER STAMPING Co. LLC

was received by me on *(date)* 10/31/2025 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CORPORATE CREATIONS NETWORK INC. , who is

designated by law to accept service of process on behalf of *(name of organization)*

DEXTER STAMPING Co. LLC on *(date)* 11/5/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/11/2025

_____
*Server's signature*

RYAN RAYBURN, PARALEGAL
*Printed name and title*

**STRANCH, JENNINGS & GARVEY, PLLC**
**THE FREEDOM CENTER**
223 ROSA L PARKS AVENUE, SECOND FLOOR
NASHVILLE, TN 37203
*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEXTER STAMPING CO., LLC
RA: CORPORATE CREATIONS NETWORK/INC
5865 RIDGEWAY CENTER PKWY
SUITE 395
MEMPHIS, TN 38120

9590 9402 9324 5002 9041 49

2. Article Number *(Transfer from service label)*

9589 0710 5270 2233 2040 54

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Buyne Coch*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Brynne Barton

C. Date of Delivery
11-5-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ red Mail
☐ red Mail Restricted Delivery
r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt