**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| MATTHEW RAMSEY *on behalf of herself and others similarly situated*,<br><br>     Plaintiff,<br><br>v.<br><br>DEXTER STAMPING COMPANY, LLC,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No.   3:25-cv-1262
Judge Trauger

**ORDER**

The Plaintiff's Motion to Set Aside Entry of Default and for Leave to File First Amended Complaint (Doc. No. 19) is GRANTED.   The entry of default made by the Clerk is hereby VACATED, and the Clerk shall file the First Amended Class Action Complaint (Doc. No. 19-1) in the record of the case.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE