**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **MATTHEW RAMSEY, on behalf of himself and all others similarly situated,**<br><br>　　　**Plaintiff,**<br><br>***v.***<br><br>**DEXTER STAMPING COMPANY, LLC, and DYNAMIC INDUSTRIAL GROUP, LLC**<br><br>　　　**Defendants.** | **Case No. 3:25-cv-01262** |

**NOTICE OF APPEARANCE**

The undersigned files this Notice of Appearance in the above cause and gives notice that Leslie Goff Sanders and Stephen C. Stovall of BUCHALTER LLP will appear as counsel and represent the interests of Defendant, Dexter Stamping Company, LLC.

Counsel requests service of all filings and notices in this cause in accordance with the *Federal Rules of Civil Procedure* and the *Local Rules* for the United States District Court, Middle District of Tennessee at:

Leslie Goff Sanders, TN BPR 018973
lsanders@buchalter.com
Stephen Stovall, TN BPR 037002
sstovall@buchalter.com

1 Music Circle South, Suite 300
Nashville, TN 37203
T: (629) 224-6623
F: (213) 896-0400

Page **1** of **2**

Respectfully submitted,

/s/ *Leslie Goff Sanders*
Leslie Goff Sanders, TN BPR 018973
Stephen Stovall, TN BPR 037002
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3733
Email: lsanders@buchalter.com
Email: sstovall@buchalter.com

*Counsel for Defendant Dexter Stamping Company, LLC*

Page **2** of **2**