Motion GRANTED. The initial case management conference is reset for 6/29/2026 at 2:30 p.m.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

|  |  |
|---|---|
| MATTHEW RAMSEY, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 3:25-cv-01262 |
| DEXTER STAMPING COMPANY, LLC, and DYNAMIC INDUSTRIAL GROUP, LLC | |
| Defendants. | |

### JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff, Matthew Ramsey, and Defendant, Dexter Stamping Company, LLC, by and through their undersigned counsel, request the Court to continue the Case Management Conference currently set for June 2, 2026, at 10:30 a.m. (Doc. 27). The parties have filed a Stipulation extending the response deadline to June 5, 2026. (Doc. 29). The parties request the Court to set the Case Management Conference after the response deadline.

Respectfully submitted,

/s/ *Stephen C. Stovall*
Leslie Goff Sanders (TN BPR #018973)
Stephen Stovall (TN BPR #037002)
**BUCHALTER LLP**
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3733
lsanders@buchalter.com
sstovall@buchalter.com

*Counsel for Defendant Dexter Stamping Company, LLC*

1