IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATTHEW RAMSEY, on behalf of Himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 3:25-cv-01262 |
| v. | ) ) | |
| DEXTER STAMPING COMPANY, LLC, and DYNAMIC INDUSTRIAL GROUP LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT DEXTER STAMPING COMPANY, LLC'S ANSWER**

Defendant Dexter Stamping Company, LLC ("Dexter" or "Defendant"), respectfully submits the following Answer and affirmative defenses in response to the First Amended Clas Action Complaint filed by Plaintiff Matthew Ramsey (Doc. 21) ("Complaint").

1.      Defendant admits that the Complaint makes allegations related to the application of the WARN Act.

2.      Paragraph 2 is not included in the Complaint.

3.      Defendant denies the allegations in Paragraph 3 of the Complaint.

4.      Defendant denies the allegations in Paragraph 4 of the Complaint.

5.      Defendant denies the allegations in Paragraph 5 of the Complaint.

6.      Defendant denies the allegations in Paragraph 6 of the Complaint.

7.      Defendant denies the allegations in Paragraph 7 of the Complaint.

8.      Defendant denies the allegations in Paragraph 8 of the Complaint.

9.      Defendant denies the allegations in Paragraph 9 of the Complaint.

1

10. Defendant denies the allegations in Paragraph 10 of the Complaint.

11. Defendant denies the allegations in Paragraph 11 of the Complaint.

12. Defendant denies the allegations in Paragraph 12 of the Complaint.

13. Defendant admits the allegations in Paragraph 13 of the Complaint.

14. Defendant admits the allegations in Paragraph 14 of the Complaint.

15. Defendant denies the allegations in Paragraph 15 of the Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Complaint.

17. Defendant denies the allegations in Paragraph 17 of the Complaint.

18. Defendant admits the allegations in Paragraph 18 of the Complaint.

19. Defendant denies the allegations in Paragraph 19 of the Complaint.

20. Defendant denies the allegations in Paragraph 20 of the Complaint.

21. Defendant admits the allegations in Paragraph 21 of the Complaint.

22. Defendant admits the allegations in Paragraph 22 of the Complaint.

23. Defendant denies the allegations in Paragraph 23 of the Complaint.

24. Defendant denies the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

26. Defendant denies the allegations in Paragraph 26 of the Complaint.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

28. Defendant denies the allegations in Paragraph 28 of the Complaint.

29. Defendant denies the allegations in Paragraph 29 of the Complaint.

30. Defendant denies the allegations in Paragraph 30 of the Complaint.

31. Defendant denies the allegations in Paragraph 31 of the Complaint.

32. Defendant denies the allegations in Paragraph 32 of the Complaint.

33.     Defendant denies the allegations in Paragraph 33 of the Complaint.

34.     Defendant denies the allegations in Paragraph 34 of the Complaint.

35.     Defendant denies the allegations in Paragraph 35 of the Complaint.

36.     Defendant denies the allegations in Paragraph 36 of the Complaint.

37.     Defendant denies the allegations in Paragraph 37 of the Complaint.

38.     Defendant denies the allegations in Paragraph 38 of the Complaint.

39.     Defendant denies the allegations in Paragraph 39 of the Complaint.

40.     Defendant reasserts its answers to Paragraphs 1 through 39 of the Complaint.

41.     Defendant denies the allegations in Paragraph 41 of the Complaint.

42.     Defendant denies the allegations in Paragraph 42 of the Complaint.

43.     Defendant denies the allegations in Paragraph 43 of the Complaint.

44.     Paragraph 44 contains legal conclusions that do not require a response. To the extent Paragraph 44 contains factual allegations, those allegations are denied.

45.     Defendant denies the allegations in Paragraph 45 of the Complaint.

46.     Defendant denies the allegations in Paragraph 46 of the Complaint.

47.     Defendant denies the allegations in Paragraph 47 of the Complaint.

48.     Paragraph 48 contains legal conclusions that do not require a response. To the extent Paragraph 48 contains factual allegations, those allegations are denied.

49.     Defendant denies the allegations in Paragraph 49 of the Complaint.

**AFFIRMATIVE DEFENSES**

1.     Plaintiff's claims fail, in whole or in part, because Plaintiff fails to state a claim upon which relief can be granted.

2.      Plaintiff's claims are barred, in whole or in part, because any alleged reduction in the notice period was caused by business circumstances that were not reasonably foreseeable at the time notice otherwise would have been required, and Defendant gave as much notice as was practicable under the circumstances as permitted by the WARN Act, 29 U.S.C. § 2102(b)(2)(A), (b)(3), and 20 C.F.R. § 639.9(b).

3.      If Defendant is found to have violated the WARN Act, which it denies, any liability or penalty must be reduced or limited because Defendant acted in good faith and had reasonable grounds for believing that its acts or omissions complied with the WARN Act, warranting a discretionary reduction under 29 U.S.C. § 2104(a)(4).

Respectfully submitted,

/s/ *Stephen C. Stovall*
Leslie Goff Sanders (TN BPR #018973)
Stephen Stovall (TN BPR #037002)
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3733
lsanders@buchalter.com
sstovall@buchalter.com

*Counsel for Defendant Dexter Stamping Company, LLC*