**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MATTHEW RAMSEY *on behalf of herself and others similarly situated*, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:25-cv-1262<br>Judge Trauger |
| DEXTER STAMPING COMPANY, LLC, | ) | |
| Defendant. | ) | |

**ORDER**

Given the pendency of a motion to dismiss, the initial case management conference scheduled for July 20, 2026 is CONTINUED, to be reset, if appropriate, following disposition of this motion.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE