**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MATTHEW RAMSEY, on behalf of himself and all others similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-01262** |
| **v.** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **DEXTER STAMPING COMPANY, LLC and DYNAMIC INDUSTRIAL GROUP, LLC,** | ) | |
| | ) | |
| **Defendant.** | | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss and Memorandum of Law for Lack of Personal Jurisdiction (Doc. No. 33), filed by defendant Dynamic Industrial Group, LLC, is **DENIED**.

The initial case management conference in this matter is **RESET** for November 23, 2026 at 4:00 p.m.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge