**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MATTHEW RAMSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:25-cv-1262 |
| | ) | Judge Trauger |
| DEXTER STAMPING COMPANY, LLC. ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that the initial case management conference scheduled for November 23, 2026 at 4:00 p.m. is RESET for 2:30 p.m. on the same day.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE